# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEVE ELIE,

Appellant,

v.

7203 CAUSEWAY OWNER, LLC, a Florida limited liability
company, 7203 CAUSEWAY TIC, II, LLC, a Florida limited
liability company, and 7203 CAUSEWAY TIC, III, LLC, a
Florida limited liability company,

Appellees.

No. 2D2025-2151

_____

July 1, 2026

Appeal from the County Court for Hillsborough County; Mary Lou
Cuellar-Stilo, Judge.

Steve Elie, pro se.

Christopher M. Sierra of Christopher M. Sierra, P.A., Largo, for Appellese.


PER CURIAM.

   Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.